Jacksonville, St. Augustine and Indian River Railway Company, Plaintiff in Error, vs. Sallie C. Dancy and her husband E. D. Dancy, Defendants in Error.

Writ of error to Circuit Court, Putnam county; William A. Hocker, Judge.

R. W. & W. M. Davis, for Plaintiff in Error.

Geo. P. Fowler, for Defendants in Error.

This action was an affidavit of illegality of execution issued on a judgment recovered by Sallie C. Dancy and E. D. Dancy, her husband, against the Jacksonville, St. Augustine & Indian River Railway Company. There was judgment that the affidavit of illegality be not sustained, and the defendant in execution takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*